**DENIED and Opinion Filed February 15, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00119-CV

## IN RE TEXAS CAPITAL BANK F/K/A TEXAS CAPITAL BANK, N.A., Relator

**Original Proceeding from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-07128**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Molberg

Before the Court is relator's February 6, 2024 petition for writ of mandamus. Relator challenges the trial court's January 19, 2024 Order Granting Defendant's Motion to Compel the Deposition of Rob Holmes.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


240119f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE